NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TYRON D. WILLIAMS, DOC #T42965,    )
                                   )
              Appellant,           )
                                   )
v.                                 )          Case No. 2D17-3460
                                   )
STATE OF FLORIDA,                  )
                                   )
              Appellee.            )
_____    )

Opinion filed April 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


              Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.